465 A.2d 640

**In re Jamie HALLIDAY, A Minor.**

**Appeal of CHILDREN AND YOUTH SERVICES OF ALLEGHENY COUNTY.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1983.

Decided Sept. 23, 1983.

James H. McLean, County Sol., James A. Esler, Cheryl Allen Craig, Allegheny County Law Dept., Pittsburgh, for appellant.

Edward Van Stevenson, Jr., Neighborhood Legal Services, Mark P. Cancilla, Child Advocacy Legal Aid Soc., Pittsburgh, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

Order of the Superior Court, 302 Pa.Super. 560, 448 A.2d 1155 affirmed.